PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

MAR 0 2 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>ONE 2009 WHITE GMC CANYON PICK-UP TRUCK WITH UTAH LICENSE PLATE X734LF, WITH REGISTERED OWNER JEREZ NATIVIDAD, OF 4735 WEST 3500 SOUTH, WEST VALLEY, UTAH; 2616 EAST 8TH STREET, STOCKTON, CALIFORNIA; AND ONE SAMSUNG CELL PHONE MODEL SPH-M390 DEC. 208 435 402 405 563 564, ONE KYOCERA FLIP PHONE BLACK MODEL S2151 DEC. 268 435 462 503 257 368, AND ONE KYOCERA FLIP PHONE BLACK MODEL S2151 DEC 268 435 462 503 323 383, CURRENTLY LOCATED AT 4500 ORANGE GROVE AVENUE, SACRAMENTO, CA IN THE FBI'S EVIDENCE LOCKER | 2:15-SW-474; 2:15-SW-475; 2:15-SW-476<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 3/2/17

_____
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE